STATE OF OREGON,
*Respondent,*

*v.*

DANNY THOMAS,
*Appellant.*

0302-31182; A123756

118 P3d 841

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Eric Johansen, Senior Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Erika L. Hadlock, Assistant Solicitor General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman* and Ortega, Judges.

PER CURIAM

Affirmed. *State v. Fuerte-Coria,* 196 Or App 170, 100 P3d 773 (2004), *rev den,* 338 Or 16 (2005).

_____

* Schuman, J., *vice* Richardson, S. J.